UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:

JOSETTE HAMMOND

        Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 11-23790-rdd
(Chapter 13)

Assigned to:
Hon. ROBERT D. DRAIN
Bankruptcy Judge

    PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of WELLS FARGO BANK, N.A. in the within proceeding.

    Please send copies of all Notices and of all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    September 29, 2011
              Amherst, New York

              Yours, etc.
              STEVEN J. BAUM, P.C.
              Attorneys for WELLS FARGO BANK, N.A.

By: _____
     David A. Haefner, Esq.
     Office and Post Address:
     220 Northpointe Parkway, Suite G
     Amherst, NY 14228
     Telephone 716-204-2400

TO:

CLERK, UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, NY 10601

JOSHUA N. BLEICHMAN, ESQ.    Attorney for Debtor
Bleichman & Klein
268 Route 59
Spring Valley, NY 10977

JEFFREY L. SAPIR, ESQ.    Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603